IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Wade Knight                    *
#29917-037                     * Civil Action No.: 3:CV-05-0018
           Plaintiff           *
                               *
Vs.                            * Honorable Judge: Conaboy
                               *
J. Kaminski, et. al            *
           Defendants'         *
                               *

FILED
SCRANTON
JUL 17 2006
PER _____ DEPUTY CLERK

Plaintiff's Bringforth This "Deposition Upon Written Questions" (Fed. R. Civ. P. Rule 31)

CC:                                    Respectfully Submitted
File                                   Mr. Wade Knight Pro Se
Clerk of Court
U.S. Attorney Office

Plaintiff's "Deposition Upon Written Questions" For Defendant David Andino

1.) When you witness Inmate Knight allegedly yelling and arguing in an aggressive manner with Officer G. Nye and Officer Valencik was this act done before Inmate Knight had started banging on the cell door?

2.) At what moment was the immediate use of force was initiated?

3.) When the cell door was open did you enter the holding cell immediately? If so, give details.

4.) Did you witness or hear Defendant Nye tell Defendant Michael J. Orn that Inmate Knight was watching Defendant Amilene Wertman butt?

5.) Why wasn't Inmate Knight hand cuff by using the trap door on cell door?

6.) Did you see Defendant Orn enter the Lieutenant's office before entering the holding cell?

7.) When you enter the cell did Defendant Nye enter with you?

Plaintiff's "Deposition Upon Written Questions" For Defendant George Nye

1.) Was the inappropriate comment or gesture to Defendant Wertman done before or after Inmate Knight began banging on cell door?

2.) Did Inmate Knight strike Defendant Quijada before, during or after the immediately use of force?

3.) Why wasn't Inmate Knight hand cuff by using the trap door on cell door?

4.) Did you tell Defendant Michael J. Orr that Inmate Knight was looking at Defendant Amilene Wertman butt before entering the holding cell?

5.) Is there a camera outside of the holding cell that face the cell interior?

6.) What would you say the noise level is in the Inmates' Dinning Hall during the afternoon meal?

7.) Where you standing outside the cell when Defendant Caprio first enter the holding cell?

Plaintiff's "Deposition Upon Written Questions" For Defendant Steven Valencik

1.) You alleged that Inmate Knight made an inappropriate gesture to Defendant Wertman and don't know what was said. How do you know it was inappropriate gesture?

2.) Was the immediately use of force initiated before you enter the holding cell?

3.) Did Defendant Quijada take Inmate Knight's right arm off the wall for the placement of hand cuffs?

4.) From the first time Defendant Nye was in the Lieutenant's Office area and the initiation of immediate use of force, how long in between would you say everything took about?

5.) Why wasn't Inmate Knight hand cuff by using the trap door on the holding cell door?

6.) What would you say the noise level is in the Inmates' Dinning Hall during the afternoon meal?

7.) Did you see Defendant Nye before you enter the cell?

Plaintiff's "Deposition Upon Written Questions" For Defendant Mark Gula

1.) Did you or did you not secure Inmate Knight's head on June 9, 2004?

2.) When did you notice that Defendant Quijada was ~~injury~~ injured?

3.) Is there any breaks within the taping of the escort from the Lieutenant Office to Medical and the Special Housing Unit? If so, explain why.

4.) Would you say that it would be procedures to use the trap door on the holding cell door when a Inmate is acting hostile in a secure cell?

5.) Did you write your Memorandum

6.) What would you say the noise level is in the Inmates' Dinning Hall during the afternoon meal?

Plaintiff's "Deposition Upon Written Questions" For Defendant Louis Caprio

1.) What was Inmate Knight behavior when you seen him in the Lieutenant's office holding cell?

2.) Who notify Defendant Williamson concerning the continuing use of restraints in accordance with Program Statement 5566.05

3.) Was the immediate use of force initiated when Inmate Knight turned towards you or when he had allegedly struck Defendant Quijada?

4.) You alleged that Inmate Knight right arm was placed behind his back before you attempted to secure his left arm, but earlier, you alleged that you enter the cell by yourself to place cuff's on Knight and he became physically resistant, and Defendants' Andino, Quijada, Nye, Gula and Valencik entered the cell to utilize immediate use of force. What happen on June 9, 2004 when the cell door was open? Give details.

1-of-2

Plaintiff's "Deposition Upon Written Questions" For Defendant Louis Caprio (Part Two)

5.) Why didn't you order for Inmate Knight to back up to the trap door on cell door for the placement of cuffs?

6.) Did Defendant Michael Orn enter the Lieutenant's office area before you order Defendant Wertman to open the cell door?

7.) Was Defendant Nye present when you told Defendant Wertman to open cell door?

8.) Is it true that in your "Memorandum For Robert L. Farley, Captain" you alleged that you, Andino, Quijada, Nye, Gula and Valencik enter the cell once inmate complied with your orders?

9.) Did Defendant Quijada provide you with a Memorandum where in he alleged that he was struck while attempting to restrain Inmate Knight's right arm for the application of hand restraints?

2-of-2

Plaintiff's "Deposition Upon Written Questions" For Defendant Michael I. Orr

1.) On June 9, 2004 did Inmate Knight strike you before the immediately use of force?

2.) Did you witness Inmate Knight pull away from Defendant Caprio grip and step toward him in a threatening manner on June 9, 2004 during the immediately use of force? If so, give details.

3.) When you enter the holding cell on June 9, 2004 did Defendant Nye enter with you?

4.) Was Defendant Nye in the holding cell when you was placing hand cuff on Inmate Knight's right arm after taking it off the cell back wall?

5.) Did you witness or hear Defendant Amilene Wertman tell Defendant Nye that Inmate Knight was watching her butt?

6.) When the holding cell door was open who was the first six officers' that enter the holding cell before the immediately use of force?

(1-of-2)

Plaintiff's "Deposition Upon Written Question" For Defendant Michael Orm  (Part TWO)

7.) On June 9, 2004 did you enter the Lieutenant's office holding area at approximately 1:50 p.m.?

8.) What would you say the noise level is in the Inmates' Dinning Hall during the Afternoon Meal?

9.) Have you ever been accused of Misbehavior in the pass or present at any place of employment?

10.) Is it procedure to have a Inmate taking out of general population and sent to the Lieutenant's office to de-escalate?

11.) Do you send Inmates to the Lieutenant's to de-escalate?

12.) Have any complaints been filed against you since leaving U.S.P-Allenwood? If so, for what.

(2-of-2)

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Wade Knight                    *
#29917-037                     *   Civil Action No.: 3:CV-05-0018
         Plaintiff             *
Vs.                            *   Honorable Judge: Conaboy
                               *
J. Kaminski, et. al            *
         Defendants'           *   Certificate Of Service
                               *

I hereby declare under the penalty of perjury that I have made a Complete Copy of the attached Motion title "Deposition Upon Written Questions" under Federal Rules of Civil Procedures, Rule 31....an after do such addressed a First-Class envelope with ~~prepaid stamps~~ address to: United States Attorney Office, Middle District Of Pennsylvania, 228 Walnut Street, Suite 220, Harrisburg, PA. 17108-1754. At approximately 10:00 p.m. While is the Special Housing Unit (Hole) I ~~handle~~ handed both envelopes to the Housing Unit Officer as Legal Mail on July 12, 2006. Also enclose is a Motion For Default Judgment against Defendant Kaminski.

7/12/06                                          Wade Knight Pro se



MR. Wade Knight #29917-037
U.S.P-Allenwood
P.O. Box 3000
White Deer, PA 17887

"LEGAL MAIL"

RECEIVED
SCRANTON
JUL 17 2006
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK
235 North Washington Avenue
P.O. Box 1148
Scranton, Pennsylvania 18501-1148

18501+1148-48 8099